IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

JASON P. FLEMING,  )
  )
    Plaintiff,  )
  )
v.  ) CV 318-054
  )
ANDREW SAUL, Commissioner of Social  )
Security Administration,  )
  )
    Defendant.  )

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. Pursuant to sentence four of 42 U.S.C. § 405(g), the Court **REVERSES** the Commissioner's final decision and **REMANDS** this case to the Commissioner for further consideration in accordance with the Court's opinion.

SO ORDERED this 19th day of July, 2019, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE